[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-14614
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00036-CR-WLS-7

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN GABRIEL MALDONADO,
a.k.a Juan Gabrial Maldonado,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Georgia
_____

(May 1, 2009)

Before BLACK, BARKETT and HULL, Circuit Judges

PER CURIAM:

Rick Collum, retained counsel for Juan Gabriel Maldonado in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Maldonado's conviction and sentence are **AFFIRMED**.  Maldonado's motion for appointment of counsel on appeal is **DENIED AS MOOT**.